**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-1211**

In re: ROBERTO ANTOINE DARDEN, a/k/a Dizz-e, a/k/a Javon,

Petitioner.

On Petition for Writ of Mandamus.  (4:11-cr-00052-AWA-LRL-1)

Submitted: April 14, 2022                                    Decided: April 19, 2022

Before DIAZ and RUSHING, Circuit Judges, and KEENAN, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Roberto Antoine Darden, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roberto Antoine Darden petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his motions to compel, to unseal, and for disclosure of grand jury materials. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*